IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-10251
Conference Calendar
_____

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

JEFFREY SIMPSON,

                              Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:99-CR-268-1-Y
- - - - - - - - - -
August 24, 2000

Before KING, Chief Judge, and POLITZ and WIENER, Circuit Judges.

PER CURIAM:[*]

     Court-appointed counsel for Jeffrey Simpson, the federal
public defender (FPD), has filed a motion to withdraw as counsel
and brief as required by Anders v. California, 386 U.S. 738
(1967).  Simpson has not filed a response.  Our independent
review of counsel's brief and the record discloses no
nonfrivolous issue for appeal.  Accordingly, the motion for leave
to withdraw is GRANTED, counsel is excused from further
responsibilities herein, and the APPEAL IS DISMISSED.  See 5TH
CIR. R. 42.2.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.